IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GENEE TOWNSEND                                                                           PLAINTIFF

v.                                                    CAUSE NO: 1:22-CV-17-SA-RP

TOYOTA MOTOR MANUFACTURING,
MISSISSIPPI, INC., and
EMPLOYBRIDGE (RESOURCE MFG)                                   DEFENDANTS

FINAL JUDGMENT

For the reasons set forth in the Court's Order and Memorandum Opinion issued this day, summary judgment is granted in ResourceMFG and Toyota's favor. Townsend's claims are hereby dismissed *with prejudice*. This CASE is CLOSED.

SO ORDERED, this the 4th day of December, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE